PEARSON, MJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT, INC., | ) | CASE NO. 5:09CV1032 |
| Plaintiff(s), | ) | |
| v. | ) | MAGISTRATE JUDGE PEARSON |
| KAREN A. MALBIN, et al., | ) | |
| | ) | MEMORANDUM OPINION |
| Defendant(s). | ) | AND ORDER |

Following the conclusion of a 180-day stay of litigation ( *See* ECF Nos. 27 & 28), a telephonic status conference was held in the above-entitled matter on Friday, March 19, 2010 at 11:00 a.m., before the Honorable Benita Y. Pearson, United States Magistrate Judge.

As the original discovery cut-off dates expired during the stay of litigation, the Court orders that fact and expert discovery be completed 120 days from the date of this order. In addition, expert witnesses should be identified by the 90th day.

IT IS SO ORDERED.

 March 19, 2010                    /s/ Benita Y. Pearson
Date                                United States Magistrate Judge